

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00303-CV

| | | |
|---|---|---|
| Olga Murry | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2013-001762-1) |
| v. | | |
| | § | August 7, 2014 |
| Bank of America, N.A. | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellee Bank of America, N.A. shall have and recover from Appellant Olga Murry's deposit in lieu of supersedeas bond, all costs of this appeal up to the amount deposited, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot